# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| FIRST BAPTIST CHURCH OF BALTIMORE STREET, INC., ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 11-0430-CG-B |
| GUIDEONE INSURANCE COMPANY, ) ) ) ) | |
| Defendant. ) | |

**ORDER**

This cause is before the court on the parties' "Joint Motion for Order to Stay Judicial Proceedings" (Doc. 16), in which the parties advise that they have agreed to submit all outstanding claims to Appraisal in accordance with the terms of the insurance policy in an effort to resolve this matter.

Upon due consideration, the motion is hereby **GRANTED**. Therefore, all proceedings in this matter are **STAYED**.

The clerk of court is directed to place this case on the court's administrative docket; however, the court retains jurisdiction and the parties may request reinstatement at any time they require the court's intervention. In the event that the stay is lifted, this action shall resume in the same status as existed prior to entry of stay, and the case will be referred to the magistrate for entry of an amended scheduling order.

**DONE and ORDERED** this 12th day of January, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE